# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2005

129363

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant

v

                                      SC: 129363
                                        COA: 263407
                                        Kalamazoo CC:  04-002204-FH

CORAL EUGENE WATTS,
          Defendant-Appellee

_____/

      On order of the Court, the application for leave to appeal the August 3, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      We do not retain jurisdiction.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2005

Clerk

s1201